**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTY KEMPER,** | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **VS.** | ) | |
| | ) | **4:09-cv-791** |
| | ) | |
| **TAKHAR COLLECTION SERVICES, LTD.** | ) | |
| **DEFENDANT.** | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff Kristy Kemper, and for her Notice of Settlement states:

1.      On October 5, 2009, the parties agreed to a settlement in the above-captioned matter.

2.      Plaintiff anticipates that the necessary Releases and other necessary documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before November 30, 2009.

3.      Plaintiff hereby requests that they be allowed the necessary time to affect the settlement, up to and including November 30, 2009 and file the appropriate Notice of Dismissal.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including November 30, 2009 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

10/06/2009
**Dated**

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; MO Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 6th day of October 2009.

/s/ Robert T. Healey